# AFFIRMATION OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Index Number: 25 CIV. 4118

Date Filed: 7/28/2025

Plaintiff:
**Cai Zhong Li, et al.**

vs.

Defendant:
**1st Choice Home Care Service Inc.**

State of New York, County of Albany)ss.:

Received these papers to be served on **1ST CHOICE HOME CARE SERVICES, INC. s/h/a 1ST CHOICE HOME CARE SERVICE, INC.**.

I, Patricia Burke, do hereby affirm that on the **21st day of October, 2025** at **3:15 pm**, I:

served **1ST CHOICE HOME CARE SERVICES, INC. s/h/a 1ST CHOICE HOME CARE SERVICE, INC.** by delivering two true copies of the **Summons in a Civil Action and Complaint pursuant to New York State Section 306 BCL together with statutory service fee in the amount of $40.00** to **Queen Riga Muhammad,** Authorized to Accept Service, as **Office Assistant 1** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named company, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Black, Height: 5'4", Weight: 130, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

I affirm on __10/24/25__, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Patricia Burke
Process Server

Our Job Serial Number: SRN-2025008199

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b