Emina Poricanin, Esq.

emina@poricaninlaw.com
(315) 269-1125
poricaninlaw.com

November 18, 2025

*Via ECF*

The Honorable Hon. Ann M. Donnelly
United States District Judge
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

        Re: ***Cai Zhong Li, Cui Lan Zhao, Yan E. Yu, Hui Xia Feng, and Xiao Yong Xu vs. 1st Choice Home Care Service Inc.***
           **Case No. 1:25-cv-04118**

Dear Judge Donnelly:

    This firm represents defendant 1st Choice Home Care Service Inc. ("1st Choice") in the above-captioned matter. We have recently been retained to represent defendant 1st Choice, and we respectfully submit this letter with the consent of all parties to request an extension of time until December 18, 2025 for 1st Choice to file a respond to Plaintiffs' Complaint.

    This is the first request for an extension of time. Good cause exists for this request, and this extension would not affect any other scheduled dates. All parties consent to this request.

    Counsel are available should the Court have any questions.

                                         Respectfully submitted,

                                         Emina Poricanin

cc:    All Counsel of Record via ECF

**New York City**
3 Colombus Circle, 15TH Floor
New York City, NY 10019

**Albany**
90 State Street, Suite 700
Albany, NY 12207

434 W. 33rd Street, 10TH Floor
New York City, NY 10001

**Buffalo**
50 Fountain Place, Suite 1400
Buffalo, NY 14202