

November 26, 2025

**Via ECF**
Hon. Cheryl L. Pollak, U.S.M.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    *Li v. 1st Choice Home Care Service Inc.*
              *No. 1:25 Civ. 4118*

Dear Judge Pollak:

      Plaintiffs write in accordance with the Court's Order to Show Cause, dated November 12, 2025.  As the Court is aware, Plaintiffs filed the Complaint on July 25, 2025.  *See* ECF No. 1.  The Clerk of Court then issued a summons on July 28.  ECF No. 3.  Plaintiffs' deadline to serve process on Defendant was, therefore, October 23.  The Complaint was served on Defendant through the Secretary of State on October 21.  *See* ECF No. 5.  As a result, the Complaint was served on Defendant within the 90-day deadline.

      Thank you for your time and continued attention to this matter.

                                                 Sincerely,

                                                 Garrett Kaske

cc: Counsel of Record (via ECF)
    Troy L. Kessler (tkessler@kesslermatura.com)