UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
CAI ZHONG LI, CUI LAN ZHAO, YAN E. YU, HUI XIA FENG, and XIAO YONG XU,

                   Plaintiffs,

            - against -

1ST CHOICE HOME CARE SERVICE INC.,

                   Defendant.
------------------------------------------------------------------ X

No.: 25 Civ. 4118 (AMD)(CLP)

**STIPULATION AND [PROPOSED] ORDER RELATED TO THE FORTHCOMING AMENDED COMPLAINT, TIME TO ANSWER, AND REFERRAL MEDIATION**

WHEREAS, Plaintiffs filed the Complaint in this action on July 25, 2025, and served the Complaint through the Secretary of State on October 21;

WHEREAS, Defendant's time to answer the Complaint is presently December 18;

WHEREAS, Plaintiffs seek to amend the Complaint (the "Amended Complaint") to add six additional co-plaintiffs (CMY, SQC, YXW, HXK, YJM, and XJZ) with similar claims;

WHEREAS, Defendant consents to Plaintiffs filing the Amended Complaint for the limited purposes of adding the additional co-plaintiffs;

WHEREAS, the Parties wish to attempt mediation through the Mediation Advocacy Program of the Eastern District of New York (the "Mediation Program"), while avoiding the costs and time investments required by responding to the Complaint and forthcoming amended complaint;

THEREFORE, Plaintiffs, by and through their attorneys Kessler Matura P.C. and Aaron Halegua, PLLC, and Defendant 1st Choice Home Care Services, Inc. agree as follows:

1. Plaintiffs will file an Amended Complaint, adding the co-plaintiffs whose initials are noted above, via ECF by December 19, 2025.

2. The Parties will attempt to mediate this matter by March 13, 2026, on referral to and in accordance with the rules of the Mediation Program.

3. The Parties will provide the Court with a Status Report within seven days after the mediation, but no later than March 20, 2026.

4. Defendant's deadline to answer, move with regards to, or otherwise respond to the forthcoming Amended Complaint shall be March 30, 2026.

| | |
|---|---|
| Dated: December 15, 2025<br>Melville, New York | Dated: December 13, 2025<br>Glenmont, New York |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| _____<br>Garrett Kaske | *Emina Poricanin*<br>Emina Poricanin (Dec 15, 2025 13:32:56 EST)<br>Emina Poricanin |
| Troy L. Kessler<br>Garrett Kaske<br>KESSLER MATURA P.C.<br>534 Broadhollow Road, Suite 275<br>Melville, NY 11747<br>(631) 499-9100<br>tkessler@kesslermatura.com<br>gkaske@kesslermatura.com | Emina Poricanin<br>Charlotte Rehfuss<br>PORICANIN LAW P.C.<br>52 Madeleine Lane<br>Glenmont, New York 12077<br>Tel: (315) 269-1125<br>emina@poricaninlaw.com<br>charlotte@poricaninlaw.com |
| Aaron Halegua<br>AARON HALEGUA, PLLC<br>524 Broadway, 11th Floor<br>New York, NY 10012<br>(646) 854-9061<br>ah@aaronhalegua.com | |

Dated: December _____, 2025        **SO ORDERED**

_____
**Hon. Cheryl L. Pollak, U.S.M.J.**