# 1ST CHOICE HOME CARE SERVICES, INC.

## SLEEP & MEAL PERIOD POLICY FOR
## EMPLOYEES ON DUTY FOR 24 HOURS OR MORE

Employee Name: _Xu Xiao Yong_

You will be paid for all hours worked. During each full 24-hour period during which you are required to be on duty, you agree that Bona Fide Meal Periods of up to 3 hours and a Bona Fide Sleep Period of up to 8 hours will not count as hours worked. All other hours during the course of such period will be considered hours worked.

- o  "Bona Fide Meal Periods" are meal periods (e.g., for breakfast, lunch, and dinner) that are duty free and at least 30 minutes in duration.

- o  "Bona Fide Sleep Periods" are regularly scheduled sleep periods, which include at least 5 consecutive hours that are uninterrupted by a call to duty, in adequate sleeping facilities.

It is expected that you will enjoy at least 3 hours of Bona Fide Meal Periods and an 8-hour Bona Fide Sleep Period for each full 24-hour shift. Where you receive at least 3 hours of Bona Fide Meal Period and an 8-hour Bona Fide Sleep Period, you will be credited with 13 hours of work for the 24-hour shift.

To ensure that you are paid for all hours you work, if you do not receive at least 3 hours of Bona Fide Meal Periods and/or at least an 8-hour Bona Fide Sleep Period for each full 24-hour shift, you must: (a) contact your Coordinator within 24 hours of the conclusion of the shift; and (b) complete a "Sleep and Meal Period Exception Certification Form" and return the form to your Coordinator within 72 hours. A blank Sleep and Meal Period Exception Certification Form is set forth below and additional forms are available from any Coordinator. If you believe that you were not paid for all hours worked that you identified on a Sleep and Meal Period Exception Certification Form, you must contact 1st Choice Home Care Services, Inc.'s Human Resources Department immediately. Employees will not be retaliated against for reporting errors in their compensation or for reporting work time.

Any employees who submit a false Sleep and Meal Period Exception Certification Form will be subject to immediate disciplinary action, up to and including termination of their employment.

_____        1/9/19
Employee's Signature                                                   Date

# 1ST CHOICE HOME CARE SERVICES, INC.

## SLEEP AND MEAL PERIOD EXCEPTION CERTIFICATION FORM

Employee Name (Print): _Xu Xiao Yong_

Date of Shift: _____

I attest that during my shift on the date noted above:

☐ I did not have access to adequate sleeping facilities. Explain: _____

☐ I did not receive an uninterrupted 5-hour sleep period. Explain: _____

☐ I received an uninterrupted 5-hour sleep period, but did not receive an 8-hour sleep period. Instead, my total uninterrupted sleep period was ___ hours. Explain: _____

☐ I did not receive a total of 3 hours of Bona Fide Meal Periods. Instead, I received a total of ___ hours of Bona Fide Meal Periods (do not include any uninterrupted meal periods of less than 30 minutes in duration when reporting this figure). Explain: _____

I certify, under penalty of perjury and prosecution, that the information contained in this Sleep and Meal Period Exception Certification Form is true, accurate, and complete.

_____  _11/9/19_____
Employee's Signature       Printed Name

_____
Date

# 1ST CHOICE HOME CARE SERVICES, INC.

## SLEEP & MEAL PERIOD POLICY FOR EMPLOYEES ON DUTY FOR 24 HOURS OR MORE

You will be paid for all hours worked. During each full 24-hour period during which you are required to be on duty, you agree that Bona Fide Meal Periods of up to 3 hours and a Bona Fide Sleep Period of up to 8 hours will not count as hours worked. All other hours during the course of such period will be considered hours worked.

o   "Bona Fide Meal Periods" are meal periods (e.g., for breakfast, lunch, and dinner) that are duty free and at least 30 minutes in duration.

o   "Bona Fide Sleep Periods" are regularly scheduled sleep periods, which include at least 5 consecutive hours that are uninterrupted by a call to duty, in adequate sleeping facilities.

It is expected that you will enjoy at least 3 hours of Bona Fide Meal Periods and an 8-hour Bona Fide Sleep Period for each full 24-hour shift. Where you receive at least 3 hours of Bona Fide Meal Period and an 8-hour Bona Fide Sleep Period, you will be credited with 13 hours of work for the 24-hour shift. To ensure that you are paid for all hours you work, if you do not receive at least 3 hours of Bona Fide Meal Periods and/or at least an 8-hour Bona Fide Sleep Period for each full 24-hour shift, you must: (a) contact your Coordinator within 24 hours of the conclusion of the shift; and (b) complete a "Sleep and Meal Period Exception Certification Form" and return the form to your Coordinator within 72 hours. A blank Sleep and Meal Period Exception Certification Form is set forth below and additional forms are available from any Coordinator. If you believe that you were not paid for all hours worked that you identified on a Sleep and Meal Period Exception Certification Form, you must contact 1st Choice Home Care Services, Inc.'s Human Resources Department immediately. Employees will not be retaliated against for reporting errors in their compensation or for reporting work time.

Any employees who submit a false Sleep and Meal Period Exception Certification Form will be subject to immediate disciplinary action, up to and including termination of their employment.

I acknowledge my understanding and agreement with the above-listed policy that was explained to me in my native language. I acknowledge that I was provided with an opportunity to ask all my questions that were answered to me by the Agency's staff in my native language, in a clear manner and to the fullest.

___Xu Xiao Yong_____
Print name of Employee

___[signature]_____  ___2021/3/17___
Signature of Employee                                                                Date

___Jeff Luo_____
Print name of Translator (if applicable)

___[signature]_____  ___3/17/21___
Signature of Translator                                                                Date

# 1ST CHOICE HOME CARE SERVICES, INC.

## SLEEP AND MEAL PERIOD EXCEPTION CERTIFICATION FORM

Employee Name: _Xu Xiao Yong_

Date of Shift: _____

I attest that during my shift on the date noted above:

☐ I did not have access to adequate sleeping facilities. Explain: _____

_____

_____

_____

_____

_____

☐ I did not receive an uninterrupted 5-hour sleep period. Explain: _____

_____

_____

_____

_____

_____

☐ I received an uninterrupted 5-hour sleep period, but did not receive an 8-hour sleep period. Instead, my total uninterrupted sleep period was ___ hours. Explain: _____

_____

_____

_____

_____

_____

☐ I did not receive a total of 3 hours of Bona Fide Meal Periods. Instead, I received a total of ___ hours of Bona Fide Meal Periods (do not include any uninterrupted meal periods of less than 30 minutes in duration when reporting this figure). Explain: _____

_____

_____

_____

I certify, under penalty of perjury and prosecution, that the information contained in this Sleep and Meal Period Exception Certification Form is true, accurate, and complete.

_[signature]_ _____    _2021/3/17_

Employee's Signature                                Date

# 1ST CHOICE HOME CARE SERVICES, INC.

## SLEEP & MEAL PERIOD POLICY FOR
## EMPLOYEES ON DUTY FOR 24 HOURS OR MORE

Employee Name: _YU YANE_____

      You will be paid for all hours worked. During each full 24-hour period during which you are required to be on duty, you agree that Bona Fide Meal Periods of up to 3 hours and a Bona Fide Sleep Period of up to 8 hours will not count as hours worked. All other hours during the course of such period will be considered hours worked.

      o    "Bona Fide Meal Periods" are meal periods (e.g., for breakfast, lunch, and dinner) that are duty free and at least 30 minutes in duration.

      o    "Bona Fide Sleep Periods" are regularly scheduled sleep periods, which include at least 5 consecutive hours that are uninterrupted by a call to duty, in adequate sleeping facilities.

      It is expected that you will enjoy at least 3 hours of Bona Fide Meal Periods and an 8-hour Bona Fide Sleep Period for each full 24-hour shift. Where you receive at least 3 hours of Bona Fide Meal Period and an 8-hour Bona Fide Sleep Period, you will be credited with 13 hours of work for the 24-hour shift.

      To ensure that you are paid for all hours you work, if you do not receive at least 3 hours of Bona Fide Meal Periods and/or at least an 8-hour Bona Fide Sleep Period for each full 24-hour shift, you must: (a) contact your Coordinator within 24 hours of the conclusion of the shift; and (b) complete a "Sleep and Meal Period Exception Certification Form" and return the form to your Coordinator within 72 hours. A blank Sleep and Meal Period Exception Certification Form is set forth below and additional forms are available from any Coordinator. If you believe that you were not paid for all hours worked that you identified on a Sleep and Meal Period Exception Certification Form, you must contact 1st Choice Home Care Services, Inc.'s Human Resources Department immediately. Employees will not be retaliated against for reporting errors in their compensation or for reporting work time.

      Any employees who submit a false Sleep and Meal Period Exception Certification Form will be subject to immediate disciplinary action, up to and including termination of their employment.

_YU YANE_____      _6/11/19_____
Employee's Signature      Date

# 1ST CHOICE HOME CARE SERVICES, INC.

## SLEEP AND MEAL PERIOD EXCEPTION CERTIFICATION FORM

Employee Name (Print): _YU YANE_____

Date of Shift: _____

I attest that during my shift on the date noted above:

☐   I did not have access to adequate sleeping facilities. Explain: _____
_____
_____

☐   I did not receive an uninterrupted 5-hour sleep period. Explain: _____
_____
_____

☐   I received an uninterrupted 5-hour sleep period, but did not receive an 8-hour sleep period. Instead, my total uninterrupted sleep period was ___ hours. Explain: _____
_____
_____

☐   I did not receive a total of 3 hours of Bona Fide Meal Periods. Instead, I received a total of ___ hours of Bona Fide Meal Periods (do not include any uninterrupted meal periods of less than 30 minutes in duration when reporting this figure). Explain: _____
_____
_____

I certify, under penalty of perjury and prosecution, that the information contained in this Sleep and Meal Period Exception Certification Form is true, accurate, and complete.

_YU YANE_____      _YU YANE_____
Employee's Signature                                    Printed Name

_6/11/19_____
Date

# 1ST CHOICE HOME CARE SERVICES, INC.

## SLEEP & MEAL PERIOD POLICY FOR
## EMPLOYEES ON DUTY FOR 24 HOURS OR MORE

Employee Name: __Hui XiA Feng_____

    You will be paid for all hours worked. During each full 24-hour period during which you are required to be on duty, you agree that Bona Fide Meal Periods of up to 3 hours and a Bona Fide Sleep Period of up to 8 hours will not count as hours worked. All other hours during the course of such period will be considered hours worked.

    o    "<u>Bona Fide Meal Periods</u>" are meal periods (e.g., for breakfast, lunch, and dinner) that are duty free and at least 30 minutes in duration.

    o    "<u>Bona Fide Sleep Periods</u>" are regularly scheduled sleep periods, which include at least 5 consecutive hours that are uninterrupted by a call to duty, in adequate sleeping facilities.

    It is expected that you will enjoy at least 3 hours of Bona Fide Meal Periods and an 8-hour Bona Fide Sleep Period for each full 24-hour shift. Where you receive at least 3 hours of Bona Fide Meal Period and an 8-hour Bona Fide Sleep Period, you will be credited with 13 hours of work for the 24-hour shift.

    To ensure that you are paid for all hours you work, if you do not receive at least 3 hours of Bona Fide Meal Periods and/or at least an 8-hour Bona Fide Sleep Period for each full 24-hour shift, you must: (a) contact your Coordinator within 24 hours of the conclusion of the shift; and (b) complete a "Sleep and Meal Period Exception Certification Form" and return the form to your Coordinator within 72 hours. A blank Sleep and Meal Period Exception Certification Form is set forth below and additional forms are available from any Coordinator. If you believe that you were not paid for all hours worked that you identified on a Sleep and Meal Period Exception Certification Form, you must contact 1st Choice Home Care Services, Inc.'s Human Resources Department immediately. Employees will not be retaliated against for reporting errors in their compensation or for reporting work time.

    Any employees who submit a false Sleep and Meal Period Exception Certification Form will be subject to immediate disciplinary action, up to and including termination of their employment.

__Hui XiA Feng_____     __7/10/2019_____
Employee's Signature                                                    Date

# 1ST CHOICE HOME CARE SERVICES, INC.

## SLEEP AND MEAL PERIOD EXCEPTION CERTIFICATION FORM

Employee Name (Print): __HUi XiA FeNG__

Date of Shift: _____

I attest that during my shift on the date noted above:

☐ I did not have access to adequate sleeping facilities. Explain: _____

☐ I did not receive an uninterrupted 5-hour sleep period. Explain: _____

☐ I received an uninterrupted 5-hour sleep period, but did not receive an 8-hour sleep period. Instead, my total uninterrupted sleep period was ___ hours. Explain: _____

☐ I did not receive a total of 3 hours of Bona Fide Meal Periods. Instead, I received a total of ___ hours of Bona Fide Meal Periods (do not include any uninterrupted meal periods of less than 30 minutes in duration when reporting this figure). Explain: _____

I certify, under penalty of perjury and prosecution, that the information contained in this Sleep and Meal Period Exception Certification Form is true, accurate, and complete.

__HUi XiA FeNG__  __HUi XiA FeNG__
Employee's Signature   Printed Name

__7/10/2019__
Date