**\* P L E A S E   U S E   B L A C K   I N K / 请用黑色笔填写 \***

| 1st Choice Home Care Services, Inc. |
| --- |
| AIDE TIME AND ACTIVITY REPORT |

PATIENT 病人名字: HHAO CUILAN          WEEK ENDING 周期: 三、四、

EMPLOYEE 护理名字: HHAO CUILAN          Social Security #工卡号: 103515

| | DATE 日期 | TIME IN 几点到 | TIME OUT 几点走 | HOURS 总共时间 | EMPLOYEE SIGNATURE 护理签名 | CLIENT SIGNATURE 病人签名 |
|---|---|---|---|---|---|---|
| MON 一 | | | | | | |
| TUE 二 | | | | | | |
| WED 三 | 5/27 | 8:点 | 8:点 | 13小时 | HHAO CUILAN | |
| THU 四 | 5/28 | 8:点 | 8:点 | 13小时 | HHAO CUILAN | |
| FRI 五 | | | | | | |
| SAT 六 | | | | | | |
| SUN 日 | | | | | | |

| TASK/ACTIVITY 任务/活动 要打√-最少五个 | Mon 一 | Tue 二 | Wed 三 | Thur 四 | Fri 五 | Sat 六 | Sun 日 |
|---|---|---|---|---|---|---|---|
| PERSONAL CARE 个人护理:  ☐Bed 床   ☐Tub 盆浴   ☐Shower 洗澡 | | | ✓ | ✓ | | | |
| Hair Care 头发护理   ☐Shampoo 洗头   ☐Comb/Brush 梳头 | | | | | | | |
| ☐Shave 剃毛   ☐Nail Care 指甲护理 (Do not cut nails 不要剪指甲) | | | | | | | |
| ☐Oral Hygiene/Mouth Care 口部护理   ☐Denture Care 假牙护理 | | | | | | | |
| Skin Care 皮肤护理:   ☐Lotion 润肤露   ☐Other 其他 | | | | | | | |
| ☐Foot Care 脚部护理 | | | | | | | |
| ☐Dressing 穿衣服   ☐Total 全身   ☐Assist 辅助 | | | | | | | |
| ☐Meals 正餐   ☐Breakfast 早餐   ☐Lunch 午餐   ☐Dinner 晚餐   ☐Snack 零食 | | | | | | | |
| ☐Assist/ Feed Patient 辅助病人进食 | | | | | | | |
| ☐Ambulation 行走   ☐Assist 辅助   ☐Cane 手杖   ☐Walker 拐杖   ☐Wheelchair 轮椅 | | | | | | | |
| ☐Transfer 移动   ☐Bed 床   ☐Chair 椅子 | | | | | | | |
| ☐ROM   ☐Turn Q2hours | | | | | | | |
| ☐Ostomy/Catheter Care 人工造管口护理 | | | | | | | |
| ☐Non-Sterile Dressing (HHA only) | | | | | | | |
| ☐Medications 吃药   ☐Assist 辅助   ☐Remind 提醒 | | | ✓ | ✓ | | | |
| ☐Observe/Report Physical/Mental Changes 观察/汇报健康/精神转变 | | | | | | | |
| ☐Record 记录   ☐Intake 进入   ☐Output 输出 (HHA Only) | | | | | | | |
| ☐Record Temperature 记录体温   ☐Record Weight 纪录重量 (HHA Only) | | | | | | | |
| ☐Toileting 上厕所   ☐Toilet 厕所   ☐Commode 马桶   ☐Urinal/Bedpan 便盆 | | | | | | | |
| ☐Incontinent 失禁   ☐Bowel 肠   ☐Bladder 膀胱   ☐Diapers 尿布 | | | | | | | |
| ☐Bladder Training 训练小便   ☐Bowel Training 训练大便 | | | | | | | |
| ☐Exercise Program 运动: (As per PT Inst.) (HHA) | | | | | | | |
| HOUSEHOLD 家务: | | | ✓ | ✓ | | | |
| ☐Light Dusting 清尘   ☐Light Vacuuming 吸尘   ☐Wet Mop 拖地 | | | | | | | |
| ☐Bathroom 厕所   ☐Patient Area 病人区 | | | | | | | |
| ☐Kitchen 厨房   ☐Clean Stove 洗炉头   ☐Clean Refrigerator 洗冰箱 | | | ✓ | ✓ | | | |
| ☐Linen Change 换被单   ☐Laundry 洗衣服 | | | ✓ | ✓ | | | |
| ☐Shopping/Errands 购物   ☐Escort to Appointment 预约 | | | | | | | |
| ☐Monitor Patient Safety 留意病人安全 | | | ✓ | ✓ | | | |

**\* P L E A S E   U S E   B L A C K   I N K / 请 用 黑 色 笔 填 写 \***

1st Choice Home Care Services, Inc.
AIDE TIME AND ACTIVITY REPORT

PATIENT 病人名字: PUI YUI NG　　　　　　　WEEK ENDING 周期

EMPLOYEE 护理名字: YU YANE　　　　　　　Social Security #工卡号: 104735

| | DATE 日期 | TIME IN 几点到 | TIME OUT 几点走 | HOURS 总共时间 | EMPLOYEE SIGNATURE 护理签名 | CLIENT SIGNATURE 病人签名 |
|---|---|---|---|---|---|---|
| MON 一 | 2/3/2020 | 9 | 9 | 13 | YU YANE | Pui Yui Ng |
| TUE 二 | | | | | | |
| WED 三 | | | | | | |
| THU 四 | | | | | | |
| FRI 五 | | | | | | |
| SAT 六 | | | | | | |
| SUN 日 | | | | | | |

| TASK/ACTIVITY 任务/活动 要打√-最少五个 | Mon 一 | Tue 二 | Wed 三 | Thur 四 | Fri 五 | Sat 六 | Sun 日 |
|---|---|---|---|---|---|---|---|
| PERSONAL CARE 个人护理: ☐Bed 床　☐Tub 盆浴　☐Shower 洗澡 | | | | | | | |
| Hair Care 头发护理　☐Shampoo 洗头　☐Comb/Brush 梳头 | | | | | | | |
| ☐Shave 剃毛　☐Nail Care 指甲护理(Do not cut nails 不要剪指甲) | | | | | | | |
| ☐Oral Hygiene/Mouth Care 口部护理　☐Denture Care 假牙护理 | | | | | | | |
| Skin Care 皮肤护理:　☐Lotion 润肤露　☐Other 其他 | | | | | | | |
| ☐Foot Care 脚部护理 | | | | | | | |
| ☐Dressing 穿衣服　☐Total 全身　☐Assist 辅助 | √ | | | | | | |
| ☐Meals 正餐　☐Breakfast 早餐　☑Lunch 午餐　☑Dinner 晚餐　☐Snack 零食 | √ | | | | | | |
| ☐Assist/ Feed Patient 辅助病人进食 | | | | | | | |
| ☐Ambulation 行走　☐Assist 辅助　☑Cane 手杖　☐Walker 拐杖　☐Wheelchair 轮椅 | √ | | | | | | |
| ☐Transfer 移动　☐Bed 床　☐Chair 椅子 | | | | | | | |
| ☐ROM　☐Turn Q2hours | | | | | | | |
| ☐Ostomy/Catheter Care 人工造管口护理 | | | | | | | |
| ☐Non-Sterile Dressing (HHA only) | | | | | | | |
| ☐Medications 吃药　☐Assist 辅助　☑Remind 提醒 | √ | | | | | | |
| ☐Observe/Report Physical/Mental Changes 观察/汇报健康/精神转变 | | | | | | | |
| ☐Record 记录　☐Intake 进入　☐Output 输出 (HHA Only) | | | | | | | |
| ☐Record Temperature 记录体温　☐Record Weight 纪录重量(HHA Only) | | | | | | | |
| ☐Toileting 上厕所　☐Toilet 厕所　☐Commode 马桶　☐Urinal/Bedpan 便盆 | | | | | | | |
| ☐Incontinent 失禁　☐Bowel 肠　☐Bladder 膀胱　☐Diapers 尿布 | | | | | | | |
| ☐Bladder Training 训练小便　☐Bowel Training 训练大便 | | | | | | | |
| ☐Exercise Program 运动: (As per PT Inst.) (HHA) | | | | | | | |
| HOUSEHOLD 家务: | | | | | | | |
| ☐Light Dusting 清尘　☐Light Vacuuming 吸尘　☑Wet Mop 拖地 | √ | | | | | | |
| ☐Bathroom 厕所　☐Patient Area 病人区 | | | | | | | |
| ☐Kitchen 厨房　☑Clean Stove 洗炉头　☐Clean Refrigerator 洗冰箱 | √ | | | | | | |
| ☐Linen Change 换被单　☑Laundry 洗衣服 | √ | | | | | | |
| ☑Shopping/Errands 购物　☐Escort to Appointment 预约 | √ | | | | | | |
| ☑Monitor Patient Safety 留意病人安全 | √ | | | | | | |

\* P L E A S E   U S E   B L A C K   I N K / 请用黑色笔填写 \*

**1st Choice Home Care Services, Inc.**
**AIDE TIME AND ACTIVITY REPORT**

PATIENT 病人名字: Tom Sim     WEEK ENDING 周期: 7/7/2019

EMPLOYEE 护理名字: Zhao Cui Lian     Social Security #工卡号: 103515

| | DATE 日期 | TIME IN 几点到 | TIME OUT 几点走 | HOURS 总共时间 | EMPLOYEE SIGNATURE 护理签名 | CLIENT SIGNATURE 病人签名 |
|---|---|---|---|---|---|---|
| MON 一 | 7/8/19 | 8点 | 8点 | 13 | Zhao Cui Lian | Tom L |
| TUE 二 | 7/9/19 | 8点 | 8点 | 13 | Zhao Cui Lian | Tom L |
| WED 三 | | | | | | |
| THU 四 | | | | | | |
| FRI 五 | | | | | | |
| SAT 六 | | | | | | |
| SUN 日 | | | | | | |

| TASK/ACTIVITY 任务/活动 要打√-最少五个 | Mon 一 | Tue 二 | Wed 三 | Thur 四 | Fri 五 | Sat 六 | Sun 日 |
|---|---|---|---|---|---|---|---|
| PERSONAL CARE 个人护理: □Bed 床  □Tub 盆浴  □Shower 洗澡 | | | | | | | |
| Hair Care 头发护理    □Shampoo 洗头    □Comb/Brush 梳头 | | | | | | | |
| □Shave 剃毛    □Nail Care 指甲护理(Do not cut nails 不要剪指甲) | | | | | | | |
| □Oral Hygiene/Mouth Care 口部护理    □Denture Care 假牙护理 | | | | | | | |
| Skin Care 皮肤护理:    □Lotion 润肤露    □Other 其他 | | | | | | | |
| □Foot Care 脚部护理 | | | | | | | |
| □Dressing 穿衣服    □Total 全身    □Assist 辅助 | | | | | | | |
| □Meals 正餐  □Breakfast 早餐  □Lunch 午餐  □Dinner 晚餐  □Snack 零食 | ✓ | ✓ | | | | | |
| □Assist/ Feed Patient 辅助病人进食 | | | | | | | |
| □Ambulation 行走  □Assist 辅助  □Cane 手杖  □Walker 拐杖  □Wheelchair 轮椅 | | | | | | | |
| □Transfer 移动    □Bed 床    □Chair 椅子 | | | | | | | |
| □ROM  □Turn Q2hours | | | | | | | |
| □Ostomy/Catheter Care 人工造管口护理 | | | | | | | |
| □Non-Sterile Dressing (HHA only) | | | | | | | |
| □Medications 吃药  □Assist 辅助  □Remind 提醒 | ✓ | ✓ | | | | | |
| □Observe/Report Physical/Mental Changes 观察/汇报健康/精神转变 | | | | | | | |
| □Record 记录    □Intake 进入    □Output 输出 (HHA Only) | | | | | | | |
| □Record Temperature 记录体温    □Record Weight 纪录重量(HHA Only) | | | | | | | |
| □Toileting 上厕所  □Toilet 厕所  □Commode 马桶  □Urinal/Bedpan 便盆 | ✓ | ✓ | | | | | |
| □Incontinent 失禁    □Bowel 肠    □Bladder 膀胱    □Diapers 尿布 | | | | | | | |
| □Bladder Training 训练小便    □Bowel Training 训练大便 | | | | | | | |
| □Exercise Program 运动: (As per PT Inst.) (HHA) | | | | | | | |
| HOUSEHOLD 家务: | ✓ | ✓ | | | | | |
| □Light Dusting 清尘    □Light Vacuuming 吸尘    □Wet Mop 拖地 | ✓ | ✓ | | | | | |
| □Bathroom 厕所    □Patient Area 病人区 | | | | | | | |
| □Kitchen 厨房    □Clean Stove 洗炉头    □Clean Refrigerator 洗冰箱 | ✓ | ✓ | | | | | |
| □Linen Change 换被单    □Laundry 洗衣服 | ✓ | ✓ | | | | | |
| □Shopping/Errands 购物    □Escort to Appointment 预约 | | | | | | | |
| □Monitor Patient Safety    留意病人安全 | ✓ | ✓ | | | | | |