

March 12, 2026

**<u>Via ECF</u>**
Hon. Peggy Cross-Goldenberg, U.S.M.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    *Li v. 1st Choice Home Care Service Inc.*
              No. 1:25 Civ. 4118 (AMD) (PCG)

Dear Judge Cross-Goldenberg:

      Plaintiffs write with Defendant's consent to request that the Court extend the time to complete mediation and submit a status report, along with Defendant's time to answer by one month.  We request that the deadlines be adjourned as follows:

      (1) Deadline to Mediate – from March 13 to April 15

      (2) Deadline to file Status Report – from March 20 to April 22

      (3) Deadline for Defendant to Answer or Otherwise Respond to the Amended Complaint – from March 30 to May 4.

      We request this extension to mediate with the assistance of Mediator Holly H. Weiss, on April 15.  The Parties had originally agreed to mediate on March 10.  On March 3, Plaintiffs asked to adjourn the mediation to a mutually agreeable time to complete pre-mediation preparations.  The Parties and the Mediator then worked to find a new mediation date, which was April 15.

      No other deadlines will be affected by this request.  This is the first request to extend these deadlines.

      Thank you for your time and attention to this matter.

                                      Respectfully Submitted,

                                      Garrett Kaske

cc: Counsel of Record (via ECF)