UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

CAI ZHONG LI, CUI LAN ZHAO, YAN E. YU, HUI XIA FENG, XIAO YONG XU, CAI MEI YU, SHU QUN CAO, YU XIU WU, HUI XIA KUANG, YU JIAO MOY, and XUE JIAO ZHU : : : : No.: 25 Civ. 4118 (AMD)(CLP)

Plaintiffs, :

- against - :

1ST CHOICE HOME CARE SERVICE INC., :

Defendant. :

---------------------------------------------------------------- X

## NOTICE OF APPEARANCE
## FOR BENJAMIN A. GOLDSTEIN

PLEASE TAKE NOTICE that, I, Benjamin Goldstein, hereby respectfully enter an appearance for the Plaintiffs in connection with the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice before this Court.

Dated: Melville, New York
April 17, 2026

Respectfully submitted,

By: /s/ *Benjamin A. Goldstein*
Benjamin A. Goldstein
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, New York 11747
(631) 499-9100
bgoldstein@kesslermatura.com

*Attorneys for Plaintiffs*