

April 17, 2026

**<u>Via ECF</u>**
Hon. Peggy Cross-Goldenberg, U.S.M.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**    *Li v. 1st Choice Home Care Service Inc.*
              **No. 1:25 Civ. 4118 (AMD) (PCG)**

Dear Judge Cross-Goldenberg:

Plaintiffs write with Defendant's consent to provide an update and request that the Court extend the time to complete mediation and submit a second status report, along with Defendant's time to answer. The Parties completed a mediation session with Mediator Holly H. Weiss on April 15, 2026. While we did not reach a resolution, we made progress and believe a second mediation session would further a possible settlement. Accordingly, we request that the deadlines be adjourned as follows:

(1) Deadline to complete mediation – from April 15 to May 11, 2026;

(2) Deadline to file a second Status Report – May 18, 2026; and

(3) Deadline for Defendant to Answer or Otherwise Respond to the Amended Complaint – from May 4 to June 5, 2026.

The Parties will again participate in mediation with the assistance of Mediator Holly H. Weiss on May 11, 2026.

No other deadlines will be affected by this request. This is the second request to extend these deadlines.

Thank you for your time and attention to this matter.

                              Respectfully submitted,

                              Benjamin A. Goldstein

cc: Counsel of Record (via ECF)