

May 18, 2026

<u>**Via ECF**</u>
Hon. Peggy Cross-Goldenberg, U.S.M.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      **Re:**    *Li v. 1st Choice Home Care Service Inc.*
                **No. 1:25 Civ. 4118 (AMD) (PCG)**

Dear Judge Cross-Goldenberg:

Plaintiffs write with Defendant's consent to provide an update and request that the Court extend the time to complete mediation and submit a status report, along with Defendant's time to answer. The Parties completed a second mediation session with Mediator Holly H. Weiss on May 11, 2026. While we did not reach a resolution, we are still in the process of exchanging and reviewing offers with our respective clients, and in turn believe that an additional mediation session would further a possible settlement. Accordingly, we request that the deadlines be adjourned as follows:

(1) Deadline to complete mediation – from May 11 to June 18, 2026;

(2) Deadline to file a second Status Report – June 25, 2026; and

(3) Deadline for Defendant to Answer or Otherwise Respond to the Amended Complaint – from June 5 to July 10, 2026.

The Parties will again participate in mediation with the assistance of Mediator Holly H. Weiss on date to be determined within the above timeframe.

No other deadlines will be affected by this request. This is the third request to extend these deadlines.

Thank you for your time and attention to this matter.

                                  Respectfully submitted,

                                  Benjamin A. Goldstein

cc: Counsel of Record (via ECF)

**KESSLER MATURA P.C.** | 534 Broadhollow Road, Suite 275, Melville, New York 11747 | Tel 631.499.9100
www.kesslermatura.com