

June 18, 2026

**<u>Via ECF</u>**
Hon. Peggy Cross-Goldenberg, U.S.M.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

   Re: ***Li v. 1st Choice Home Care Service Inc.***
     **No. 1:25 Civ. 4118 (AMD) (PCG)**

Dear Judge Cross-Goldenberg:

   Plaintiffs write with Defendant's consent to update the Court and request that it extend the mediation deadline, the status report deadline, and Defendant's time to answer. This case involves 11 plaintiffs — some with legal issues distinct from others in the group — spanning many years of service, and the parties are working through a voluminous record. Despite their good faith efforts, the complexity of the matter warrants additional time to complete mediation.

   The parties have continued negotiations and exchanged offers and demands since the last status report. Although they have not reached a resolution, they believe that continued mediation will advance a possible settlement. Accordingly, the parties request that the deadlines be adjourned as follows:

1) Deadline to complete mediation – from June 18, 2026 to August 18, 2026;

2) Deadline to file a second Status Report – August 25, 2026; and

3) Deadline for Defendant to Answer or Otherwise Respond to the Amended Complaint – from July 10 to September 10, 2026.

   The parties have not yet completed a third mediation session but seek to do so with Mediator Holly H. Weiss on a date to be determined within the above timeframe.

   No other deadlines will be affected. This is the parties' fourth request to extend these deadlines.

   Thank you for your time and attention.

           Respectfully submitted,

           Benjamin A. Goldstein

cc: Counsel of Record (via ECF)

**KESSLER MATURA P.C.** | 534 Broadhollow Road, Suite 275, Melville, New York 11747 | Tel 631.499.9100
www.kesslermatura.com