KESSLER MATURA

August 18, 2026

**Via ECF**
Hon. Peggy Cross-Goldenberg, U.S.M.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Li v. 1st Choice Home Care Service Inc.***
**No. 1:25 Civ. 4118 (AMD) (PCG)**

Dear Judge Cross-Goldenberg:

Plaintiffs write with Defendant's consent to update the Court and request that it extend the mediation deadline, the status report deadline, and Defendant's time to answer. The parties have continued negotiating since the last status report and have scheduled another mediation with Mediator Holly H. Weiss for September 14, 2026. The parties also request time beyond the September 14 session for a final session. Multiple sessions have been necessary due to the large plaintiff group, which spans many years of service and includes plaintiffs with distinct legal issues and a voluminous record.

Although the parties have not yet resolved the matter, they believe continued mediation is productive and will advance settlement. Accordingly, the parties request that the deadlines be adjourned as follows:

1) Deadline to complete mediation – from August 18, 2026 to October 16, 2026;

2) Deadline to file a second Status Report – October 23, 2026; and

3) Deadline for Defendant to Answer or Otherwise Respond to the Amended Complaint – from September 10, 2026 to November 6, 2026.

No other deadlines will be affected. This is the parties' fifth request to extend these deadlines.

Thank you for your time and attention.

Respectfully submitted,

Benjamin A. Goldstein

cc: Counsel of Record (via ECF)

KESSLER MATURA P.C. | 534 Broadhollow Road, Suite 275, Melville, New York 11747 | Tel 631.499.9100
www.kesslermatura.com